IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            *Plaintiff*,<br><br>               v.<br><br>GRUPO VERZATEC S.A. DE C.V., STABILIT AMERICA, INC., CRANE COMPANY, and CRANE COMPOSITES, INC.,<br><br>                            *Defendants*. | Case No. 1:22-cv-01401<br><br>Hon. Manish S. Shah |

## STIPULATION OF DISMISSAL

On May 26, 2022, Defendants Grupo Verzatec, S.A. de C.V. and Stabilit America, Inc., and Crane Composites, Inc. and Crane Co. terminated the May 16, 2021 Stock and Asset Purchase Agreement that was the subject of this litigation. Accordingly, pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby jointly submit this stipulation of dismissal signed by all parties to dismiss without prejudice the claims asserted in this action.

Dated: May 26, 2022

/s/ Tai S. Milder
Tai S. Milder
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102-3478
Tai.Milder@usdoj.gov

/s/ J. Mark Gidley
J. Mark Gidley (*Pro Hac Vice*)
Rebecca Farrington (*Pro Hac Vice*)
Kathryn J. Mims (*Pro Hac Vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
mgidley@whitecase.com
rfarrington@whitecase.com
kmims@whitecase.com

Carolyn P. Gurland
WHITE & CASE LLP
111 South Wacker Drive

*/s/ Lowell R. Stern*
Lowell R. Stern
John Briggs
Sean Carman
Alex Cohen
Marissa Doran
James Robert Duncan
Kerrie Freeborn
Stephen Harris
Natalie Hayes
Miranda Isaacs
Victor Liu
Catherine Montezuma
Angela Ting
Bryn Williams
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8700
Washington, DC 20530
Lowell.Stern@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

Chicago, IL 60606-4302
cgurland@whitecase.com

*Counsel for Grupo Verzatec, S.A. de C.V. and Stabilit America, Inc.*

*/s/ Allen Bachman*
Allen Bachman
Drew Mann
Jason Semmes
**K&L Gates, LLP**
1601 K Street, NW
Washington, DC 20006

Michael Martinez
**K&L Gates LLP**
70 West Madison Street
Chicago, IL 60602
michael.martinez@klgates.com

*Attorneys for Defendants Crane Co.*
*and Crane Composites, Inc.*